## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. vs. __ERIC BRANDON SHAW__                    No. __08MJ8246__

HON. __PETER C. LEWIS__          Tape No. __PCL08-1;14:41-14:48__

Asst. U.S. Attorney __John F. Weis__          PTSO _____

|  |  |  |  |  |  | # | Status |
|---|---|---|---|---|---|---|---|
| Atty | FD Diane Regan | X Apt | ___ Ret | for _____ | ( 1 ) | ( C ) |
|  |  | ___ Apt | ___ Ret | for _____ | ( ) | ( ) |
|  |  | ___ Apt | ___ Ret | for _____ | ( ) | ( ) |
|  |  | ___ Apt | ___ Ret | for _____ | ( ) | ( ) |
|  |  | ___ Apt | ___ Ret | for _____ | ( ) | ( ) |
|  |  | ___ Apt | ___ Ret | for _____ | ( ) | ( ) |

___ Apt for Material Witness(es)

PROCEEDINGS:     ___ In Chambers     X  In Court     ___ By Telephone

DOA: 3/17/08
FA: 3/18/08

Defendant informed of charges. Defendant waived ID/Removal. Waiver of Rule 32.1 filed. Court ordered defendant removed forthwith to the Western North Carolina . No bail set. Government to prepare warrant of removal.

Tape: PCL08-1;14:41-14:48 total = ( 07 min)

Date __3/18/08__                              IF __[signature]__
                                              Deputy's Initials