# UNITED STATES DISTRICT COURT

Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900



W. Samuel Hamrick, Jr.
Clerk of Court

March 25, 2008

Clerk, U.S. District Court
Western District of North Carolina
210 Charles R. Jonas Federal Bldg,
401 West Trade Street
Charlotte, NC 28202

Re:   08mj8246 PCL, USA v. Eric Brandon Shaw

Dear Clerk of the Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant:

| | | | |
|---|---|---|---|
| x | Docket Sheet | x | Warrant of Removal |
| x | Complaint | | Order of Removal |
| | Minute Order Appointing Counsel | | Detention Order |
| | Corporate Surety Bond | x | Waiver of Removal |
| | Personal Surety Bond | | |
| x | Other   Removal/ID Hearing Minutes | | |

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

W. Samuel Hamrick, Jr.
Clerk of Court

By: _____s/ J. Jocson_____
Jenelynn Jocson, Deputy Clerk